IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00429-PSF-MJW

PAMELA MORGAN,

      Plaintiff,

v.

CLEMETH SKILES; and
WERNER ENTERPRISES, INC.,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court upon the parties Stipulation of Dismissal With Prejudice (Dkt. # 8), it is hereby

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED:  August 11, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge